UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION   ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Hannah Andrus v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11065-DRH |
| *Darlene Beckett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12844-DRH |
| *Anna Brasher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11647-DRH |
| *Deanna Bouvier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10030-DRH |
| *Jeanne Crawford v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10106-DRH |
| *Lisa Doser v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10108-DRH |
| *Denise Ferrell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10046-DRH |
| *Laura Gajewski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10137-DRH |
| *Dolores Gutierrez-Pasillas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10757-DRH |
| *Shakina Jones v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11032-DRH |

| | |
|---|---|
| *Jacqueline Jordan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10135-DRH |
| *Leslie Kolenda v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13347-DRH |
| *Kara Kracht v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10166-DRH |
| *Melissa Napier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11033-DRH |
| *Ketsia Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10017-DRH |
| *Cheryl Pensa v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10094-DRH |
| *Tasha Pratt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12178-DRH |
| *Kasey Roles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10014-DRH |
| *Qiana Simmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10098-DRH |
| *Robin Slider v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12191-DRH |
| *Lauren Vivona-Mack v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12846-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 23, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
Deputy Clerk

Dated: December 26, 2013

Digitally signed by David R. Herndon
Date: 2013.12.26 10:48:55 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT

3